UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 24-110-KK-SPx** | Date: | April 25, 2024 |
|---|---|---|---|
| Title: | *Peixi He v. Alejandro Mayorkas et al.* | | |

Present: The Honorable  KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute

On January 18, 2024, pro se plaintiff Peixi He ("Plaintiff") filed a Complaint against defendants Alejandro Mayorkas, Merrick Garland, and David Radel (collectively "Defendants"). ECF Docket No. ("Dkt.") 1.

On March 21, 2024, Defendants filed a Motion to Compel Plaintiff to Update Contact Information and Extension of Time to Respond to the Complaint ("Motion"). Dkt. 9-1. In the Motion, Defendants asserted they "have attempted to contact Plaintiff numerous times at his provided mailing address using both commercial and postal delivery, email, as well as attempting to email and telephone Plaintiff at his provided contact information, but to no avail." Id. at 4. Defendants have attempted to "seek an amicable resolution to this case[,]" but have ultimately been "unable to communicate" with Plaintiff. Id. Thus, Defendants are seeking an "extension of time to move, answer, or otherwise respond to the Complaint[.]" Id. at 5.

On April 8, 2024, Defendants filed a Notice of Plaintiff's Response indicating Plaintiff had emailed Defendants' counsel from the same email address listed in his Complaint, but "did not acknowledge Defendants' [proposed] resolution to the case." Dkt. 10 at 2.

On April 25, 2024, the Court held a hearing on the Motion as previously scheduled, but Plaintiff did not appear. See dkt. 9. The Court contacted Plaintiff and confirmed Plaintiff was aware there was a hearing scheduled for today. Plaintiff confirmed he was aware and informed the Court he did not plan to appear at the hearing.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed as to Defendants for failure to prosecute. Plaintiff shall have **up to and including April 29, 2024** to respond to this Order.

**Plaintiff is expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice as to Defendants.** See **FED. R. CIV. P. 4(m).**

**IT IS SO ORDERED.**